Fill in this information to identify your case:

United States Bankruptcy Court for the:

Northern District of Texas

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  JM4 Tactical LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  81-1445106

**4. Debtor's address**

Principal place of business

3250 S. Treadaway Blvd.
Number    Street

Abilene    TX    79602
City    State    ZIP Code

Taylor County
County

Mailing address, if different from principal place of business

Number    Street

P.O. Box

City    State    ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City    State    ZIP Code

**5. Debtor's website (URL)**  https://jm4tactical.com/

**6. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  JM4 Tactical LLC
       Name

Case number (if known) _____

### 7. Describe debtor's business

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
3484

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When ____/____/____ Case number _____
        MM / DD / YYYY
  District _____ When ____/____/____ Case number _____
        MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
  District _____ When ____/____/____
        MM / DD / YYYY
  Case number, if known _____

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 2

Debtor  JM4 Tactical LLC  
_____Name_____  Case number (if known)_____

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number    Street

_____

_____
City                                    State    ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor  JM4 Tactical LLC
        Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/16/2024
            MM / DD / YYYY

X _/s/ Shawndalyn Myers_____
Signature of authorized representative of debtor

Shawndalyn Myers
Printed name

Title  Managing Member

**18. Signature of attorney**

X _/s/ Brandon Tittle_____
Signature of attorney for debtor

Date  02/16/2024
      MM / DD / YYYY

Brandon Tittle
Printed name

Tittle Law Group, PLLC
Firm name

5465 Legacy Drive., Ste. 650
Number    Street

Plano                                    TX         75024
City                                     State      ZIP Code

9727312590                               btittle@gpm-law.com
Contact phone                            Email address

24090436                                 TX
Bar number                               State

**WRITTEN CONSENT & RESOLUTIONS**
of the
**MANAGING MEMBERSS**
of
**JM4 TACTICAL LLC**
February 16, 2024

The undersigned, constituting the managing members (the "Managing Members") of JM4 Tactical LLC (the "Company"), hereby consent in writing ("Consent") to and approve the Resolutions set forth herein and each and every action effected thereby.

This Consent may be executed in counterparts, each of which shall be deemed an original, and all of which, taken together shall constitute one instrument. A copy of this Consent signed and delivered by telecopy, email, facsimile transmission shall be considered an original.

**VOLUNTARY PETITION FOR RELIEF UNDER CHAPTER 11
OF TITLE 11 OF THE UNITED STATES CODE**

WHEREAS, the Managing Members have considered the Company's assets, liabilities, liquidity, the strategic alternatives available to the Company, offers to sell the Company or its Assets, and the impact of the forgoing on the Company's business; and

WHEREAS, the Managing Members upon the advice of professionals has determined that it is advisable and in the best interests of the Company, its creditors, and other interested parties that the Company file a petition in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court") under the provisions of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") in such form and at such time as the officers of the Company executing said petition shall determine (the "Bankruptcy Case").

NOW, THEREFORE, BE IT RESOLVED, that the Managing Members are authorized, and empowered, on behalf of and in the name of the Company, to file the Bankruptcy Case;

RESOLVED FURTHER, that the Managing Members are authorized, and empowered, on behalf of and in the name of the Company to employ and retain the law firm of Tittle Law Group, PLLC ("TLG") as bankruptcy counsel for the Company in the Bankruptcy Case, to represent and assist the Company in carrying out its respective duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations and, in connection therewith, is authorized and directed to execute an appropriate retention agreement, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of TLG. To the extent that the appropriate retention agreement has been executed and retainers paid, the Managing Members hereby retroactively approve same;

RESOLVED FURTHER, that the Managing Members are authorized, and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, financial, accounting and bankruptcy services firms (together with TLG, collectively the "Professionals") as may be deemed necessary or appropriate by the officer(s) of the Company for the Bankruptcy Case and, in connection therewith, is authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain services of such Professionals;

RESOLVED FURTHER, that the Managing Members are authorized, and empowered, on behalf of and in the name of the Company, to obtain debtor-in-possession financing to pay for operational expenses of the Company, including all fees incurred by Professionals in the Bankruptcy Case;

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by the Managing Members or any Professional to seek relief on behalf of the Company under the Bankruptcy Code or in connection with the Bankruptcy Case, or any matter or proceeding related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company;

RESOLVED FURTHER that the Managing Members are authorized, and empowered, with full power of delegations, for and in the name and on behalf of the Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to, discussed in or related to the matter referred to in the foregoing resolutions; and

RESOLVED FURTHER that any and all actions of the Managing Members taken prior to the date hereof to (a) carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder, and (b) take any such action to constitute conclusive evidence of the exercise of such discretionary authority, be and hereby are ratified, approved, and confirmed in all respects.

## GENERAL IMPLEMENTING AUTHORITY

RESOLVED that the Managing Members are authorized, and empowered, with power of full delegation, on behalf of and in the name of the Company (a) to operate the business of and conduct business for and on behalf of the Company during the course of the Bankruptcy Case and (b) to execute, verify, and/or file, or cause to be filed and/or executed or verified (or direct others to do so on the Company's behalf as provided herein) all necessary documents, including, without limitation, all petitions, applications to employ and retain all assistance by legal counsel, accountants, or other Professionals and to take any and all action that they deem necessary and proper in connection with the Bankruptcy Case; and

RESOLVED FURTHER that the Managing Members are authorized, and empowered, for and in the name and on behalf of the Company to take or cause to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed and delivered all such further agreements, documents, certificates, and undertakings, and to incur all such fees and expenses, as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned, being the Managing Members of the Company, have executed their consent as of February 16, 2024.

_____
James Chadwick Myers
Managing Member
JM4 Tactical LLC


_____
Shawndalyn Rene Myers
Managing Member
JM4 Tactical LLC

Document　Page 8 of 17

## United States Bankruptcy Court

IN RE:　　　　　　　　　　　　　　　　　　　　　　　Case No._____

JM4 Tactical LLC

　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Shawndalyn Myers<br>109 Bear Creek Dr, Tuscola, TX 79562 | 50 | Managing member |
| James Myers<br>109 Bear Creek Dr, Tuscola, TX 79562 | 50 | Managing member |

# Management Report

JM4 TACTICAL, LLC
For the period ended December 31, 2023



Prepared on
February 9, 2024

For management use only

# Table of Contents

Profit and Loss ................................................................................................................. 3

Balance Sheet ................................................................................................................. 5

# Profit and Loss

January - December 2023

|  | Total |
|---|---:|
| **INCOME** | |
| Amazon Sales | 50,778.20 |
| Discounts | -84,839.68 |
| Donations Payable | 1,326.20 |
| PayPal Sales | 638.01 |
| Refunds-Allowances | -16,413.27 |
| Sales | 1,459,461.88 |
| Sales of Product Income | 121.96 |
| Service/Fee Income | 1,044.30 |
| Shipping Income | 142,418.99 |
| Uncategorized Income | 8,940.01 |
| **Total Income** | **1,563,476.60** |
| **COST OF GOODS SOLD** | |
| Cost of Goods Sold | 5,007.32 |
| Shipping and delivery expense | 85,776.28 |
| Shipping Supplies | 5,534.96 |
| Supplies & Materials - COGS | 672,336.06 |
| **Total Cost of Goods Sold** | **768,654.62** |
| **GROSS PROFIT** | **794,821.98** |
| **EXPENSES** | |
| Advertising | 122,187.79 |
|    Chamber Media | 5,000.00 |
|    Facebook | 60,235.19 |
|    Google | 15,661.78 |
| **Total Advertising** | **203,084.76** |
| Affiliate Expense | 6,313.23 |
| Auto and Truck Expense | 7,090.42 |
| Bank Charges | 7,770.15 |
| Certifications/Training/Education | 260.00 |
| Credit Card Fees | 4,855.96 |
| Dues & Subscriptions | 7,555.12 |
| Fees | 347.10 |
| Franchise Tax | 6,133.68 |
| Insurance | 12,307.11 |
| Insurance - Liability | 490.08 |
| Interest Expense | 89.00 |
| Legal & Professional Fees | 67,924.68 |
| Meals and Entertainment | 1,134.37 |
| office | 1,871.85 |
| Office Expense | 3,289.02 |
| Office Furniture & Fixtures | 543.96 |

|  | Total |
|---|---:|
| Office Supplies | 3,766.48 |
| Office/General Administrative Expenses | 748.70 |
| Other General and Admin Expenses | 360.63 |
| PayPal Fees | 4,845.97 |
| Payroll Expenses | |
|   Company Contributions | |
|     Health Insurance | 12,159.93 |
|   Total Company Contributions | 12,159.93 |
|   Taxes | 9,819.21 |
|   Wages | 154,995.76 |
| Total Payroll Expenses | 176,974.90 |
| Professional Services | 245.85 |
| Promotional | 399.00 |
| QuickBooks Payments Fees | 4,681.64 |
| Rent or Lease | 33,184.02 |
| Repair & Maintenance | 1,102.25 |
| Sales Tax | 178.41 |
| Show Expense | 1,402.00 |
| Software | 15,148.28 |
| Subcontractors | 21,525.70 |
| Supplies | 5,132.06 |
| Taxes & Licenses | 104.30 |
|   Property Tax | 2,605.84 |
| Total Taxes & Licenses | 2,710.14 |
| Telephone | 7,104.71 |
| Travel | 3,785.54 |
| Travel Meals | 795.61 |
| Uncategorized Expense | 8,041.18 |
| Utilities | 8,414.87 |
| Website Expense | 18,208.06 |
| **Total Expenses** | **649,816.49** |
| **NET OPERATING INCOME** | **145,005.49** |
| OTHER INCOME | |
|   Cash Back Bonus | 1,141.32 |
| **Total Other Income** | **1,141.32** |
| **NET OTHER INCOME** | **1,141.32** |
| **NET INCOME** | **$146,146.81** |

# Balance Sheet

As of December 31, 2023

|  | Total |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       8053658 Chase Bank (Closed Acct) | 1,200.77 |
|       ClearFork Tactical Operating (4751) | -5,439.56 |
|       FBT Operating 4664 | 11,604.53 |
|       FBT Payroll & Tax Account 4966 | -39,320.34 |
|       FBT Payroll/Tax 4966 | -8,840.12 |
|       PayPal Bank | 10,017.92 |
|     **Total Bank Accounts** | **-30,776.80** |
|     **Accounts Receivable** | |
|       Accounts Receivable | 20,157.95 |
|     **Total Accounts Receivable** | **20,157.95** |
|     **Other Current Assets** | |
|       Due From JM4 Dimensions | 19,475.39 |
|       Inventory Asset | 2,157.63 |
|       PayPal | 38,910.44 |
|       Repayment | |
|         Salary Advance Payback | -20.24 |
|       **Total Repayment** | **-20.24** |
|       Uncategorized Asset | 795.90 |
|       Undeposited Funds | -146.03 |
|     **Total Other Current Assets** | **61,173.09** |
|   **Total Current Assets** | **50,554.24** |
|   **Fixed Assets** | |
|     1 Vehicles/Trailers | 5,019.55 |
|     Accumulated Depreciation | -110,837.00 |
|     Company Boat | 14,025.00 |
|     Display Booths | 41,810.34 |
|     F-250 | 76,648.00 |
|   **Total Fixed Assets** | **26,665.89** |
|   **Other Assets** | |
|     Accumulated Amortization | -4,542.00 |
|     Intangible Assets | 10,348.00 |
|   **Total Other Assets** | **5,806.00** |
| **TOTAL ASSETS** | **$83,026.13** |
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |

|  | Total |
|---|---:|
| **Accounts Payable** | |
|   Accounts Payable | 38,823.12 |
|   **Total Accounts Payable** | **38,823.12** |
| **Other Current Liabilities** | |
|   Credit Card Payable | -39,498.24 |
|   FBT Loan 8-50 | -6,435.62 |
|   KENTUCKY DEPART OF REVENUE Payable | 747.57 |
|   Line of Credit | 37,314.50 |
|   Loan Payable | -4,009.60 |
|   Payroll Liabilities | 0.00 |
|     Accident | 1,614.14 |
|     BCBS - Health | 9,276.29 |
|     Car Payment | 1,316.00 |
|     Colonial - Cafeteria Plan - Accident | 513.70 |
|     Colonial - Cafeteria Plan - Cancer | 709.71 |
|     Colonial - Cafeteria Plan - Dental/Vision | 1,601.60 |
|     Colonial - Cafeteria Plan - Medical Bridge | 1,671.04 |
|     Colonial - Term Life | 949.85 |
|     Dental | 1,166.00 |
|     Federal Taxes (941/944) | -6,833.45 |
|     Federal Unemployment (940) | 288.51 |
|     Hospital | 3,651.63 |
|     Life Ins | 173.44 |
|     Product Purchase | 45.00 |
|     Salary Advance Repay | 160.12 |
|     STD | 1,330.02 |
|     Texas Child Support | 683.62 |
|     TX Unemployment Tax | -170.23 |
|     Vision | 332.20 |
|   **Total Payroll Liabilities** | **18,479.19** |
|   Pennsylvania Department of Revenue Payable | 654.89 |
|   Sales Tax Payable | -1,207.87 |
|   Texas State Comptroller Payable | 990.53 |
|   **Total Other Current Liabilities** | **7,035.35** |
| **Total Current Liabilities** | **45,858.47** |
| **Long-Term Liabilities** | |
|   FBT Loan #0968-40 | -1,360.51 |
|   FBT Loan #0968-50 | 23,057.82 |
|   FBT Loan 5-20 | -6,826.88 |
|   FBT Loan# 0968-60 | 3,500.00 |
|   PP Working Capital 125 | 1,091.90 |
|   SBA Loan | 475,220.00 |
|   **Total Long-Term Liabilities** | **494,682.33** |

|  | Total |
|---|---:|
| **Total Liabilities** | **540,540.80** |
| **Equity** | |
|   Additional Paid in Capital | 88,555.29 |
|   Equity | |
|     Equity-Chad 49% | 490.00 |
|     Equity-Shawndalyn 51% | 17,010.00 |
|   **Total Equity** | **17,500.00** |
|   Owner Draw | -248,499.44 |
|   PPP Equity | 48,900.00 |
|   Retained Earnings | -510,117.33 |
|   Net Income | 146,146.81 |
| **Total Equity** | **-457,514.67** |
| **TOTAL LIABILITIES AND EQUITY** | **$83,026.13** |

# JM4 TACTICAL, LLC

## Statement of Cash Flows
January - December 2023

| | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 146,146.81 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Receivable | -8,983.95 |
| Due From JM4 Dimensions | -19,475.39 |
| PayPal | -14,618.29 |
| Repayment:Salary Advance Payback | 10.12 |
| Uncategorized Asset | -16.85 |
| Accounts Payable | 2,260.20 |
| Credit Card Payable | -70,038.56 |
| Direct Deposit Payable | 0.00 |
| FBT Loan 8-50 | -6,435.62 |
| Line of Credit | -26,095.82 |
| Loan Payable | -4,009.60 |
| Payroll Liabilities | 0.00 |
| Payroll Liabilities:Accident | 663.28 |
| Payroll Liabilities:BCBS - Health | 5,800.74 |
| Payroll Liabilities:Colonial - Cafeteria Plan - Accident | 158.78 |
| Payroll Liabilities:Colonial - Cafeteria Plan - Cancer | 204.00 |
| Payroll Liabilities:Colonial - Cafeteria Plan - Dental/Vision | 486.20 |
| Payroll Liabilities:Colonial - Cafeteria Plan - Medical Bridge | 507.28 |
| Payroll Liabilities:Colonial - Term Life | 293.59 |
| Payroll Liabilities:Dental | 360.40 |
| Payroll Liabilities:Federal Taxes (941/944) | -330.06 |
| Payroll Liabilities:Federal Unemployment (940) | -1.66 |
| Payroll Liabilities:Hospital | 1,532.45 |
| Payroll Liabilities:Life Ins | 139.69 |
| Payroll Liabilities:STD | 648.54 |
| Payroll Liabilities:TX Unemployment Tax | -230.36 |
| Payroll Liabilities:Vision | 102.68 |
| Sales Tax Payable | -578.03 |
| Texas State Comptroller Payable | 287.87 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-137,358.37** |
| **Net cash provided by operating activities** | **$8,788.44** |
| **FINANCING ACTIVITIES** | |
| FBT Loan #0968-40 | -4,319.52 |
| FBT Loan #0968-50 | -4,081.74 |
| FBT Loan 5-20 | -6,826.88 |
| FBT Loan# 0968-60 | 3,500.00 |
| PP Working Capital 125 | 1,091.90 |
| SBA Loan | -20,160.00 |
| Equity:Equity-Shawndalyn 51% | 16,500.00 |
| Owner Draw | -35,053.97 |
| **Net cash provided by financing activities** | **$ -49,350.21** |

# JM4 TACTICAL, LLC

## Statement of Cash Flows
### January - December 2023

|  | TOTAL |
|---|---:|
| **NET CASH INCREASE FOR PERIOD** | **$ -40,561.77** |
| Cash at beginning of period | 9,638.94 |
| **CASH AT END OF PERIOD** | **$ -30,922.83** |