CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 7, 2024**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# ABILENE DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 24-10026 |
| JM4 TACTICAL LLC, | § | |
| | § | Chapter 11 (Subchapter V) |
| Debtor. | § | |

## ORDER GRANTING DEBTOR'S MOTION TO RESOLICIT VOTES FOR SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION AND TO SET CONFIRMATION HEARING DEADLINES

Upon the *Debtor's Motion to Resolicit Votes for Second Amended Chapter 11 Plan of Reorganization and to Set Confirmation Hearing Deadlines* (the "Motion") filed by JM4 Tactical LLC, the debtor and debtor in possession in the above-reference case (the "Debtor"); and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtor, its estate, creditors, owners, and other parties in interest; and it appearing that this Court has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334(b); and it appearing that the Motion is a

core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that venue in this district is allowed pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore; accordingly, it is hereby:

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED as set forth herein.

2. The hearing on confirmation of the Debtor's *Second Amended Chapter 11 Plan of Reorganization* [Docket No.55] (the "Plan") is set for **August 7, 2024, at 1:30 p.m. (CST)** on Judge Jones's self-calendared video docket. The hearing will be held via WebEx. The meeting/dial-in-information for this docket can be found on the Court's website(www.txnb.uscourts.gov) under Judge Jones' "Hearing Dates and Calendar" tab prior to the hearing.

3. **July 26, 2024 at 5:00 p.m. (CT)** is fixed as the last day for holders of claims and interests to accept or reject the Plan by submitting a ballot. Such ballots shall be sent to counsel for the Debtor at the address set forth in the Plan. Service of such ballots shall be made upon Brandon J. Tittle, Tittle Law Group, PLLC, 5465 Legacy Dr., Ste. 650, Plano, Texas 75306. Ballots shall not be filed with the Court.

4. **July 12, 2024, at 5:00 p.m. (CT)** is also fixed, pursuant to Bankruptcy Rule 3020(b)(1), as the last day for filing and serving written objections to confirmation of the Plan. Any objections to the Plan shall be accompanied by a memorandum of legal authorities supporting such objection.

5. **July 12, 2024 at 5:00 p.m. (CT)** is also fixed as (a) the last day for filing and serving any notice of a § 1111(b) election under Bankruptcy Rule 3014; and (b) the record date by

which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security to be eligible to accept or reject the Plan.

6. **By August 2, 2024**, counsel for the Debtor shall file with the Court (a) a ballot summary in the form required by Local Bankruptcy Rule 3018(b) with a copy of each ballot submitted to counsel for the Debtor.

7. **By June 14, 2024**, counsel for the Debtor shall transmit by first class mail, a copy of the Plan, this Order or a notice of its provisions, and a ballot conforming with Official Form 14, to all creditors, equity security holders, the Trustee, the Debtor, and all other parties in interest. Counsel for the Debtor shall promptly file a Certificate of Service with the Court reflecting such mailing.

# # # END OF ORDER # # #