

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed August 26, 2024

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JM4 TACTICAL LLC, | § | CASE NO. 24-10026-rlj11V |
| | § | |
| Debtor. | § | |

## SUBCHAPTER V POST−CONFIRMATION ORDER

The Court entered an order confirming the Debtor's subchapter V plan. It is, therefore,

ORDERED that all applications for the award of compensation or expenses, if any, for professional persons in this case and motions for administrative expenses, if any, shall be filed and served within 60 days after entry of this order, unless the confirmation order or plan provides otherwise. Objections to any application or motion must be filed within 21 days of service; and it is further

ORDERED that objections to claims, if any, shall be filed and served within 60 days after entry of this order, unless the confirmation order or plan provides otherwise. Responses to the objections must be filed within 30 days of service; and it is further

ORDERED that the Debtor or Subchapter V Trustee shall obtain settings for hearings on all applications for the award of compensation or expenses and motions for administrative expenses, and, consistent with the notice requirements of Bankruptcy Rule 3007, to determine objections to claims; and it is further

ORDERED that the Debtor, after substantial consummation (as defined under 11 U.S.C. § 1101(2)) of a consensual plan, shall file an application for final decree; if the application for final decree is not filed within 180 days of the entry of this Order, a status conference will be

held on **March 5, 2025**, at 1:30p.m., via WebEx. The meeting/dial-in-information for this docket will be posted on the Court's website (www.txnb.uscourts.gov) under Judge Jones's "Hearing Dates and Calendar" tab prior to the hearing; and it is further

ORDERED that if the Debtor does not appear at the status conference, the Court, on its own motion, may enter a final decree closing the case pursuant to Bankruptcy Rule 3022 or dismiss the case; and it is further

ORDERED that the Debtor shall certify that copies of this order were mailed to all creditors and other parties in interest within 14 days of entry of this order.

### End of Order ###